UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MELVA MAYES                                          CIVIL ACTION

VERSUS                                              NO.  12-2773

JASON ASSOCIATES, LLC                               SECTION "N"  (3)

## <u>ORDER AND REASONS</u>

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum

in opposition to the following motion, noticed for submission on February 6, 2013, was filed:

**"Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6)"**
**(Rec. Doc. 9**), filed by Jason Associates, LLC.

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the plaintiffs'

claims against Jason Associates, LLC are hereby **DISMISSED**.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days

of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by

opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 6th day of February, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**